```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 13495
   RICHARD J HATFIELD
   RUBY J HATFIELD                          CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-6220    SSN XXX-XX-0853

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/20/2006 and was confirmed 01/18/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was dismissed after confirmation 07/26/2007.
--------------------------------------------------------------------------------
   CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                 PAID          PAID
--------------------------------------------------------------------------------
   CAPITAL ONE AUTO FINANCE  SECURED VEHIC    17653.77         262.64        378.00
   CAPITAL ONE AUTO FINANCE  UNSECURED          446.00            .00           .00
   ILL DEPT HEALTH & FAM SE  PRIORITY         26932.24            .00           .00
   APPLIED CARD BANK         UNSECURED        NOT FILED           .00           .00
   AT & T BANKRUPCTY         UNSECURED        NOT FILED           .00           .00
   BOB WATSON CHEVROLET      UNSECURED        NOT FILED           .00           .00
   CITY CHICAGO DEPT OR REV  UNSECURED        NOT FILED           .00           .00
   CITY OF CHICAGO PARKING   UNSECURED          840.00            .00           .00
   COMMONWEALTH EDISON       UNSECURED        NOT FILED           .00           .00
   DIRECT CHARGE             UNSECURED        NOT FILED           .00           .00
   MASSEYS                   UNSECURED        NOT FILED           .00           .00
   MASSEYS                   UNSECURED        NOT FILED           .00           .00
   TIME MAGAZINE             UNSECURED        NOT FILED           .00           .00
   PAY DAY LOAN STORE        UNSECURED        NOT FILED           .00           .00
   PEOPLES GAS LIGHT & COKE  UNSECURED          929.95            .00           .00
   ROUNDUP FUNDING LLC       UNSECURED          676.65            .00           .00
   UPTOWN CASH               UNSECURED        NOT FILED           .00           .00
   CAPITAL ONE AUTO FINANCE  UNSECURED          446.00            .00           .00
   SPRINT-NEXTEL CORP        UNSECURED          398.34            .00           .00
   ASPIRE                    UNSECURED          437.47            .00           .00
   CHILD SUPPORT ENFORCEMEN  NOTICE ONLY      NOT FILED           .00           .00
   ECAST SETTLEMENT CORP     UNSECURED          309.36            .00           .00
   ILLINOIS DEPT OF REV      UNSECURED             .00            .00           .00
   CAPITAL ONE AUTO FINANCE  SECURED VEHIC        .00             .00           .00
   BURNS & WINCEK LTD        DEBTOR ATTY      2,500.00                         989.10
   TOM VAUGHN                TRUSTEE                                           100.26
   DEBTOR REFUND             REFUND                                               .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 13495 RICHARD J HATFIELD & RUBY J HATFIELD
```

```
TRUSTEE                                       1,730.00

PRIORITY                                                              .00
SECURED                                                            378.00
    INTEREST                                                       262.64
UNSECURED                                                             .00
ADMINISTRATIVE                                                     989.10
TRUSTEE COMPENSATION                                               100.26
DEBTOR REFUND                                                         .00
                                     ----------------     ----------------
TOTALS                                       1,730.00             1,730.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 10/23/07                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE